ALBANY,
August, 1818.

KENT
v.
M'DONALD.

KENT *against* M'DONALD.

Where the plaintiff, after obtaining an interlocutory judgment, neglected to proceed further, for more than two terms, a rule was granted, on motion of the defendant, that the plaintiff execute his writ of inquiry in 30 days, or be non prossed.

*N. Williams*, for the defendant, moved for judgment as in case of nonsuit. It appeared that an interlocutory judgment had been entered, for want of a plea, in *August*, 1817, since which the plaintiff had not proceeded to have his damages assessed, nor taken any steps in the cause. The defendant had been surrendered by his bail, and had been in custody for more than two terms.

*Marcy*, contra, read an affidavit, stating, that the plaintiff resided in the province of *Maine*, and he did not know by whom he could prove his demand; that the defendant was insolvent, and unable to pay even the costs of suit.

*Per Curiam.* Take your rule, that the plaintiff proceed to execute his writ of inquiry of damages in *thirty* days, or that he be *non prossed*.

Motion granted.

END OF AUGUST TERM.

# CASES

ARGUED AND DETERMINED

IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW-YORK,

IN OCTOBER TERM, 1818, IN THE FORTY-THIRD YEAR OF OUR
INDEPENDENCE.